UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JONATHAN ANTHONY RUSHING, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO.   C07-476-RSM |
| | ) | |
| v. | ) | |
| | ) | |
| MAGGIE MILLER-STOUT, | ) | ORDER DISMISSING § 2254 PETITION |
| | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's answer, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for a writ of habeas corpus (Dkt. #6) is DISMISSED as untimely. *See* 28 U.S.C. § 2244(d)(1)(A).

(3) The Clerk is directed to send a copy of this Order to petitioner, and to counsel for respondent.

DATED this 14th day of March, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE